IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY D. WELKER, )<br>)<br>Defendant. )<br>) | 8:02CR230<br><br>REASSIGNMENT ORDER |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Joe Billy McDade to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 20th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge