**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) <br>                    Plaintiff,    ) <br>          vs.                        ) <br> **JEFFREY D. WELKER,**         ) <br>                    Defendant.    ) | **8:02CR230** <br> **ORDER** |

Defendant Jeffrey D. Welker appeared before the court on Tuesday, February 17, 2009 on an Amended Petition for Warrant or Summons for Offender Under Supervision [122]. The defendant was represented by Jon S. Natvig and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. However, since the defendant is in state custody, the issue of detention is held in abeyance.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **March 11, 2009 at 1:00 p.m.** Defendant must be present in person.

2. The government's motion for detention of Jeffrey D. Welker is held in abeyance pending the defendant's coming into federal custody.

3. The defendant, Jeffrey D. Welker, having received notice of his return to the custody of Nebraska state authorities pending the disposition of this matter and having waived an opportunity for hearing in this matter pursuant to the Interstate Agreement on Detainers, 18 U.S.C. app § 9(2), the U.S. Marshal is authorized to return the defendant, Jeffrey D. Welker, to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 17th day of February, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge